# MINUTE ORDER

Page 5

## Magistrate Judge Lisette M. Reid

Atkins Building Courthouse - 3rd Floor       Date: 6/26/2019   Time: 2:00 p.m.

---

Defendant: 1) JOHN JAMES PETERSON     J#: 20202-104    Case #: 19-3034-MJ-REID

AUSA: Ricardo Del Toro       Attorney: AFPD Bunmi Lomax

Violation: CONSP/COMMIT OFFENSE AGAINST U.S./ILLEGALLY EXPORT DEFENSE ARTICLES WITHOUT LICENSE     Surr/Arrest Date: 6/26/2019   YOB: 1959

Proceeding: Initial Appearance       CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No       Recommended Bond:

Bond Set at:         Co-signed by:

☒ Surrender and/or do not obtain passports/travel docs       Language: English

☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services ___
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☒ No firearms & any firearms parts

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: SD of Fl & Middle Dist of Fl

☐ Other: ___

Disposition:
- Deft advised of rights & charges
- Deft sworn
- AFPD appt
- Stip (no hrg).
- $25,000 PSB co-signed by a relative
(1 week to provide bond documents)

(Released)

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

(Prelim/Arraign) or Removal: 7/19/19   10:00   Duly   Cnicinu

Status Conference RE:

D.A.R. 14:03:04 / 14:28:19       Time in Court: 10 minutes

s/Lisette M. Reid       Magistrate Judge