UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20442-CR-MORENO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

BRUNELLA ZUPPONE, and
JOHN JAMES PETERSON,

      Defendants.
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned, Assistant United States Attorney Peter Laserna, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   */s/ Peter Laserna*
    Peter Laserna
    Assistant United States Attorney
    Court ID No. A5502555
    peter.laserna@usdoj.gov
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9030
    Facsimile: (305) 536-4089

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

> */s/ Peter Laserna*
> Peter Laserna
> Assistant United States Attorney